# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY L. CONLEY,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 1:18-cv-07122 |

## NOTICE OF APPEAL

  PLEASE TAKE NOTICE that Petitioner Tracy L. Conley hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order (Dkt. 61) and judgment (Dkt. 62), both filed and entered on July 23, 2020, denying Petitioner's motion to vacate, set aside, or correct his conviction and sentence pursuant to 28 U.S.C. § 2255.

                     Respectfully submitted,

                     TRACY L. CONLEY

Dated: July 31, 2020            By */s/ Michael T. Brody*
                     One of His Attorneys

Michael T. Brody
Leigh J. Jahnig
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 31, 2020, I caused the foregoing Notice of Appeal to be filed electronically with the Clerk of the Court using the CM/ECF system, which sent a notification to all counsel of record.

DATED: July 31, 2020

<em>/s/ Michael T. Brody</em>